**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| JERMAINE YOUNG, | : | |
| Petitioner, | : | |
| v. | : | 1:04-CV-181 (WLS) |
| THURBERT BAKER, Attorney General of Georgia, | : | |
| | : | 28 U.S.C. § 2254 |
| Respondent. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 27), filed September 4, 2007. It is recommended that Respondent's motion to dismiss Petitioner's 28 U.S.C. § 2254 petition as untimely be granted. Petitioner filed a timely objection and notice of supplemental authority (Doc. Nos. 28, 29) to the Report and Recommendation.

Petitioner continues to argue that his § 2254 petition is either timely filed or falls into one of the exceptions of the AEDPA. As the Magistrate Judge points out, notwithstanding Petitioner's citation to supplemental authority, once his petition for § 2254 was time-barred, Petitioner's only avenues to attack his state court juvenile conviction was to timely and adequately raise the issue at sentencing or to timely challenge his federal sentence collaterally after a timely and proper attack in the state courts. As Petitioner's § 2254 was untimely under the AEDPA, the objection (Doc. No. 28) is **OVERRULED.**

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Respondent's motion to dismiss Petitioner's petition (Doc. No. 23 ) is **GRANTED.**

SO ORDERED, this  27th  day of September, 2007.

                                                         /s/W. Louis Sands
                                                         **W. Louis Sands, Judge**
                                                         **United States District Court**